Fitzgerald Construction Company, complainant and appellee, v. Otto A. Altschul et al., defendants. Otto A. Altschul, appellant. Gen. No. 33,890.

Opinion filed April 22, 1930.

Waugh & Schroeder, for appellant. John J. Sherlock, for appellee; C. B. Chapman, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

James A. Hirschfield, appellant, v. Arthur S. Jackson et al., trading as Jackson Bros., Boesel & Company, appellees. Gen. No. 33,920.

Opinion filed April 22, 1930.

Soelke, Koehn & Loewy, for appellant. Winston, Strawn & Shaw, for appellees; John C. Slade, Walter A. Wade and Paul H. Moore, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James Wrenshaw, plaintiff in error. Gen. No. 33,950.

Opinion filed April 22, 1930.

Poppenhusen, Johnston, Thompson & Cole, for plaintiff in error; Henry Jackson Darby, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Michael Murphy, plaintiff in error. Gen. No. 33,974.

Opinion filed April 22, 1930.

Louis Greenberg, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Gridley delivered the opinion of the court.